IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OLIVIA MAGALLANES,

                  Petitioner,                No. CIV S-11-3151 EFB P

      vs.

YOLO COUNTY,

                  Respondent.        <u>ORDER</u>

_____/

        Petitioner is a county jail prisoner without counsel who has filed an action on the form for a writ habeas corpus.  *See* 28 U.S.C. § 2254.  This case is before the undersigned pursuant to petitioner's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

        Petitioner seeks leave to proceed *in forma pauperis*.  She makes the required showing.  Therefore, the request is granted.  *See* 28 U.S.C. § 1915(a).

        However, for the following reasons, the court finds that the petition must be dismissed.  A district court must entertain a habeas petition "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a).  A judge entertaining a habeas petition "shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the

1

1  applicant or person detained is not entitled thereto."  28 U.S.C. § 2243.  The petition must be

2  dismissed if on initial review the court finds that "it plainly appears from the petition and any

3  attached exhibits that the petitioner is not entitled to relief in the district court." Rule 4, Rules

4  Governing § 2254 Proceedings.

5      Here, petitioner does not claim that she is in custody in violation of United States law.

6  Her amended petition contains only conditions of confinement claims.  Petitioner writes, "my

7  petition is in regards [to] my jail/ prison condition."  Pet. at 1.  She alleges that a correctional

8  officer failed to protect her from racially motivated acts of violence.  *Id.* at 4-5.  She asks that she

9  be transferred to Sacramento County jail for the rest of her term.  *Id.* at 4.  She claims that she

10  has been housed in administrative segregation for her safety, and that she has not seen her

11  spiritual advisor.  *Id.*  Petitioner has also filed two motions asking that she be transferred to

12  another facility.  Dckt. Nos. 6, 9.  Because this case must be dismissed, the motions must be

13  denied.

14      If petitioner is being subjected to unconstitutional conditions of confinement, she may

15  wish to file a civil rights lawsuit under 42 U.S.C. § 1983.  However, plaintiff's claims cannot be

16  brought by way of a habeas petition.

17      Accordingly, it is hereby ORDERED that:

18      1.  Petitioner's motion to proceed in forma pauperis is granted.

19      2.  The petition is dismissed, and the Clerk is directed to enter judgment in this case.

20      3.  Petitioner's motions to be transferred are denied.  *See* Dckt. Nos. 6, 9.

21      4.  The court declines to issue a certificate of appealability.

22      5.  The Clerk is directed to send petitioner a copy of the 42 U.S.C. § 1983 form used in

23  this court.

24  Dated:  January 19, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

25

26